ORIGINAL


**FILED**

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0165

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0165

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

IOLA MAERRIEA JOHNSTON,

    Defendant and Appellant.

**O R D E R**

FILED

MAY 1 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellant Iola Maerriea Johnston filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Johnston responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We have considered the arguments raised by counsel and by Johnston in her response. We conclude no arguments with potential legal merit can be raised in Johnston's case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Johnston personally.

DATED this 10 day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices